```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CIVIL DOCKET ENTRIES FOR CASE A03-0193--CV (JKS)
                     "ALASKA RENT-A-CAR INC V USA ET AL"

           Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 08/26/03
            Closed: 12/10/03

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (350) Motor vehicle
                    28:2679(D)(2)
            Origin: (2) Removed from State Court
            Demand:
        Filing fee: Waived
          Trial by:
```

Parties of Record:                            Counsel of Record:

PLF 1.1            ALASKA RENT-A-CAR INC       John W. Hendrickson
                                               3105B Lakeshore Drive, Suite 102
                                               Anchorage, AK 99517
                                               907-243-3235
                                               FAX 907-248-6970

DEF 1.1       [T] MALLETTE, STEVEN J.          No counsel found for this party!

DEF 1.2       [T] UNITED STATES OF AMERICA     No counsel found for this party!

DEF 2.1           KISKA CORP                   No counsel found for this party!

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A03-0193--CV (JKS)
                              "ALASKA RENT-A-CAR INC V USA ET AL"

                                        For all filing dates
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 08/26/03
            Closed: 12/10/03

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (350) Motor vehicle
                     28:2679(D)(2)
             Origin: (2) Removed from State Court
             Demand:
         Filing fee: Waived
           Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 08/26/03 | DEF 1 Notice of Removal from State Court case 3AN-00-11794 w/att exhs. |
| 2 - 1 | 08/26/03 | DEF 1 Certification. |
| 3 - 1 | 08/27/03 | JKS Minute Order to petitioner subsequent to removal.  Petitioner to file w/crt copies of state court docs and svc list w/i 10 days. cc: cnsl |
| 4 - 1 | 09/05/03 | DEF 1 motion for seven-day extension of time to allow filing of state court records following removal. |
| 5 - 1 | 09/05/03 | JKS Order granting mot for seven-day ext of time to allow filing of state court records (4-1). cc: cnsl |
| 6 - 1 | 09/12/03 | DEF 1 Notice  of compliance. |
| 7 - 1 | 09/12/03 | DEF 1 Notice of filing copies of records and pleadings from the state court w/att exhs. |
| 8 - 1 | 09/12/03 | DEF 1 Service List. |
| 9 - 1 | 09/22/03 | DEF 1 motion to dismiss for lack of jurisdiction. |
| 10 - 1 | 10/20/03 | JKS Order granting USA's motion to dismiss for lack of jurisdiction (9-1) w/o prejudice. cc: cnsl |